## FARRELL v. BOARD OF EDUCATION OF CITY OF PAWHUSKA.

No. 1465.    Opinion Filed February 6, 1912.

(121 Pac. 1132.)

*Error from District Court, Osage County;
John J. Shea, Judge.*

Action by John Farrell, against the Board of Education of the City of Pawhuska to declare a resulting trust, etc.    From a judgment on demurrer for the defendant, plaintiff brings error.    Affirmed.

*Grinstead, Mason & Scott,* for plaintiff in error.

*Boone, Leahy & MacDonald,* for defendant in error.

Opinion by ROBERTSON, C.    Under the facts as disclosed by the record, this case is concluded by that of *Citizens' Trading Co. v. Wm. G. Bass,* 30 Okla. 747; the facts being identical.    The question raised in this case being the same as that raised and decided in *Citizens' Trading Co. v. Bass, supra,* therefore, under the authority of said case, the judgment of the district court of Osage county should be affirmed.

By the Court:  It is so ordered.